MERCK SHARP & DOHME CORP., Formerly known as Schering Corporation, Plaintiff–Appellant,

v.

APOTEX INC. and Apotex Corp., Defendants–Cross Appellants.

Nos. 2012–1516, 2012–1543.

United States Court of Appeals, Federal Circuit.

June 10, 2013.

Richard L. Stanley, Law Office of Richard Stanley, of Houston, TX, argued for plaintiff-appellant. On the brief were Paul D. Matukaitis, Edward W. Murray and Mary J. Morry, Merick & Co. Inc., of Rahway, NJ; and Nicolas G. Barzoukas, Joshua P. Davis, Audrey L. Maness and Justin Constant, Weil, Gotshal & Manges LLP, of Houston, TX; and John F. Lynch, of Port Ludlow, WA. Of counsel were Jillian A. Centanni, David E. Delorenzi and Sheila F. McShane, of Gibbons, P.C., of Newark, NJ; and Kevin S. Kudlac, and Rener Trevin, Weil, Gotshal & Manges LLP, of Houston, TX.

Deanne M. Mazzochi, Rakoczy Molino Mazzochi Siwik LLP, of Chicago, IL, argued for defendants-cross appellants. With him on the brief were William A. Rakoczy, Paul J. Molinom, Andrew M. Alul, Roy Chamcharas, Matthew V. Anderson and Yixin H. Tang. Of counsel was Arnold B. Calmann, Saiber LLC, of Newark, NJ.

DYK, CLEVENGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**